JUNE 16, 1958.

No. 20. SCHAFFER TRANSPORTATION CO. ET AL. *v.* UNITED STATES ET AL., 355 U. S. 83. The motion to allow and tax costs is granted. *Peter T. Beardsley* and *William J. O'Brien, Jr.* for appellants. *J. D. Feeney, Jr., Joseph H. Hays, Amos Mathews, H. F. Chapman, Carl Helmetag, Jr., James G. Lane* and *Ed White* for the Akron, Canton & Youngstown Railroad Co. et al., appellees.